■ In the Matter of ELROY HENDRIX, Appellant, v MONROE COUNTY DEPARTMENT OF COMMUNICATION, Respondent. [54 NYS3d 350]—

Appeal from a judgment (denominated order) of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered April 20, 2015 in a CPLR article 78 proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner appeals from a judgment that denied his CPLR article 78 petition seeking to compel respondent to produce certain documents pursuant to the Freedom of Information Law ([FOIL] Public Officers Law art 6) and CPL 190.25 (4). We affirm. Petitioner was not entitled to the requested grand jury minutes because "the minutes are court records and [are] exempt from the ambit of FOIL" (*Matter of*

*Bridgewater v Johnson*, 44 AD3d 549, 550 [2007]; *see Matter of Hall v Bongiorno*, 305 AD2d 508, 509 [2003]). With respect to petitioner's application pursuant to CPL 190.25 (4), we conclude that Supreme Court properly determined that petitioner failed to provide a compelling and particularized need for the minutes (*see Matter of Mullgrav v Santucci*, 195 AD2d 786, 786-787 [1993]; *Matter of Gibson v Grady*, 192 AD2d 657, 657 [1993]). Present—Whalen, P.J., Smith, Carni, Curran and Scudder, JJ.